AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 04, 2020**

SEAN F. McAVOY, CLERK

QUIN DELORIAN HEMPHILL,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| WASHINGTON STATE, | ) |
| *Defendant* | ) |

Civil Action No.   2:20-CV-8-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee or in forma pauperis requirements of Rule 3(a), Rules Governing Section 2254 Cases in the United States District Courts. Judgment is entered.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Rosanna Malouf Peterson _____ .

Date:   June 4, 2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Sara Gore _____
*(By) Deputy Clerk*

Sara Gore _____